IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 10-717 |
| v. | : | |
| | : | CIVIL ACTION |
| TEO VAN BUI | : | NO. 16-3453 |

**ORDER**

AND NOW, this 12th day of March, 2024, upon consideration of Defendant Teo Van Bui's Motion to Vacate, Set Aside and Correct Sentence Under 28 U.S.C. § 2255 (Document No. 26), and the Government's Response thereto, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum.

IT IS FURTHER ORDERED a certificate of appealability shall not issue given Bui has failed to make a substantial showing of the denial of a constitutional right.

IT IS STILL FURTHER ORDERED the Clerk of Court is DIRECTED to mark the above-captioned cases CLOSED.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,          J.